J. FRED SMITH V. THE STATE.

No. 21144. Delivered June 12, 1940.
Rehearing Denied June 28, 1940.

The opinion states the case.

*Charles Nunn,* of Sweetwater, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted of driving an automobile upon the public road in Nolan County while he was under the influence of intoxicating liquor, punishment assessed being a fine of fifty dollars and five days in jail.

The indictment appears to properly charge the offense. No statement of facts or bills of exception are brought forward. In this condition of the record nothing is presented for review.

The judgment is affirmed.

## ON MOTION FOR REHEARING.

KRUEGER, Judge.

We have re-examined the record in the light of the appellant's motion for rehearing but nothing has been presented therein which would warrant a reversal of the conviction or require further discussion.

The motion is overruled.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.